Motion (69) is DENIED for lack of good cause to justify over six months for a consolidated Complaint and Defendant's' motion to dismiss to become ripe for decision.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE LKQ CORPORATION SECURITIES LITIGATION | Case No. 3:26-cv-00498<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans<br><br>CLASS ACTION |

**JOINT MOTION TO SET SCHEDULE TO FILE AND MOVE, ANSWER, OR OTHERWISE RESPOND TO CONSOLIDATED COMPLAINT**

Court-appointed Lead Plaintiff Nordea Investment Management AB ("Nordea" or "Lead Plaintiff") and Defendants LKQ Corporation, Justin Jude, Rick Galloway, and Dominick P. Zarcone ("Defendants" and together with Lead Plaintiff, the "Parties"), hereby move the Court to set a schedule to file a consolidated complaint and Defendants' response thereto, showing the Court as follows:

1. On April 22, 2026, the City of Miami General Employees' & Sanitation Employees' Retirement Trust filed the initial complaint in the above-captioned action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint"). (Dkt. 1.)

2. On April 23, 2026, the Court referred this case to Magistrate Judge Luke A. Evans for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A). (Dkt. 7.)

3. On June 12, 2026, Defendants and the City of Miami General Employees' & Sanitation Employees' Retirement Trust filed a Joint Motion to Extend the Time to Answer or Otherwise Respond to the Complaint and Postpone Initial Case Management Conference whereby